

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2015

No. 04-14-00644-CR

Elton Anthony **BRANCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7555
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The appellant's brief in the above styled cause was due to be filed on January 28, 2015. On February 6, 2015, Appellant Elton Anthony Branch filed his brief and a motion for extension of time. The motion is GRANTED. Appellant's brief is deemed filed as of February 6, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court